# Court of Appeals
# of the State of Georgia

ATLANTA, July 19, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1388. YEVETTE B. FREEMAN v. ABDUL RAUF.

In August 2021, the trial court entered a family violence twelve-month protective order against Yevette B. Freeman. Freeman later filed three motions to set aside and/or vacate the order, each of which the trial court denied or dismissed. Freeman then filed this direct appeal, seeking appellate review of the orders denying and dismissing her motions to set aside and the order granting Abdul Rauf's petition for family violence protective order. We lack jurisdiction.

Appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Freeman's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/19/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*